IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL QUILLMAN,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                        Case No.  12-cv-849-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

     This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Daniel Quillman attorney fees and costs under the Equal Access to Justice Act in the amount of $9,200.00

| s/ R.Plender, Deputy Clerk | 2/5/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |